**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
For The _____ District of Puerto Rico
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**   BMF, Inc.

**2. All other names debtor used in the last 8 years**   None.

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   6 6 - 0 5 2 8 3 0 9

**4. Debtor's address**

Principal place of business:
Road 798, Km. 0.6
Number   Street
Rio Cañas Ward

Caguas, PR   00725
City   State   ZIP Code

Caguas
County

Mailing address, if different from principal place of business:
_____
Number   Street
P.O. Box 277
P.O. Box

Caguas, PR   00726
City   State   ZIP Code

Location of principal assets, if different from principal place of business:
_____
Number   Street

_____
City   State   ZIP Code

**5. Debtor's website (URL)**   _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor   BMF, Inc.                                                              Case number (if known) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3 1 2 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☐ No
- ☒ Yes.  District Puerto Rico    When 02/26/2020   Case number 20-00964-BKT

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.  Debtor _____  Relationship _____
           District _____  When  __ / __ / ____
           Case number, if known _____

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page 2

Debtor  BMF, Inc.
       Name

Case number (if known) _____

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number    Street

_____
City                          State    ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

Debtor BMF, Inc. _____ Case number (if known) _____
Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/30/2025
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Andrew Bert Foti-Tallenger
Printed name

Title CEO

**18. Signature of attorney**

X _____ Date 01/30/2025
Signature of attorney for debtor       MM / DD / YYYY

Héctor Eduardo Pedrosa Luna
Printed name

The Law Offices of Héctor Eduardo Pedrosa Luna
Firm name

P.O. Box 9023963
Number  Street

San Juan            PR        00902-3963
City                State     ZIP Code

787-920-7983        hectorpedrosa@gmail.com
Contact phone       Email address

USDC-PR 223202      PR
Bar number          State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# BMF, INC.

## CERTIFICATE OF CORPORATE RESOLUTION

I, Priscilla Coss Flores, Secretary of the Board of Directors of BMF, Inc., under penalty of perjury, pursuant to 28 USC Sec. 1746, certify that on a duly called and held stockholders meeting, in which the required quorum by The General Corporation Law of 1995, as amended, was always present, the following resolution was adopted by the Board of Directors on January 30, 2025:

"Be it therefore resolved, that all of the shareholders had agreed that BMF, Inc. should file a petition under the Chapter 11 of the United States Bankruptcy Code. It is also resolved to authorize Mr. Andrew Bert Foti-Tallenger, the President of the corporation, to hire the Law Offices of Héctor Eduardo Pedrosa-Luna to file a bankruptcy petition under the Chapter 11 on behalf of the corporation, to sign any related documents and to appear at all bankruptcy proceedings on behalf of BMF, Inc.

I, further certify that the foregoing Resolution has not been amended or cancelled, so that as this date it is in full effect and power.

There for I sign the foregoing Certificate and print the Corporate seal, this 30th day of January 2025.

_____
Secretary of the Board

_____
Corporate Seal

Fill in this information to identify the case:

Debtor name: **BMF, Inc.**

United States Bankruptcy Court for the: **For The** District of **Puerto Rico** (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | A.A.A. PO Box 70101 San Juan, PR 00936-8101 | 787-620-2482 | Water Bill | | | | $460,583.70 |
| 2 | Alpha Caribe PO Box 2907 Guayama, PR 00785-2907 | 787-864-3555 | Trade Debt | | | | $635,198.68 |
| 3 | Aquino, De Cordova, Alfaro P.O. Box 70262 San Juan, PR 00936-8262 | 787-253-9595 | Accounting Services | | | | $9,302.80 |
| 4 | A.P. Electrical Engineers P.O. Box 50906 Toa Baja, PR 00950 | 787-653-7125 | Services | | | | $8,000.00 |
| 5 | Banco Popular Puerto Rico P.O. Box 362708 San Juan, PR 00936-2708 | 787-724-3650 | Credit Card | | | | $11,983.60 |
| 6 | Blue Water Transport 425 Road 693 PMB 211 Dorado, PR 00646 | 787-642-1889 | Transportation Services | | | | $7,925.00 |
| 7 | Central Packaging Caribe P.O. Box 438 Orocovis, PR 00720 | 787-862-4922 | Trade Debt | | | | $10,095.40 |
| 8 | CRIM P.O. Box 195387 San Juan, PR 00919-5387 | 787-625-4000 | Taxes | | | | $55,210.53 |

Official Form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          page 1

Debtor: BMF, Inc.

Case number (if known) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | CSO Transport, 401 Street, Block 168, House 11, 4th Extension Villa Carolina, Carolina, PR 00984 | 787-645-3878 | Transportation Services | | | | $70,042.50 |
| 10 | Flexible Packaging, P.O. Box 4321, Bayamón, PR 00958-1321 | 787-622-7225 | Trade Debt | | | | $6,120.00 |
| 11 | IFCO Recycling, Inc., P.O. Box 191744, San Juan, PR 00919-1744 | 787-653-4300 | Services | | | | $12,638.86 |
| 12 | Internal Revenue Services, City View Plaza II, 48 Carr 165 Suite 2000, Guaynabo, PR 00968 | 787-522-1808 | Taxes | | | | $155,560.49 |
| 13 | La Fuente de Agua, PMB 553, P.O. Box 4956, Caguas, PR 00726 | 787-258-6722 | TradeDebt | | | | $17,606.12 |
| 14 | LB Caribe Services, Inc., P.O. Box 9022391, San Juan, PR 00902-2391 | 787-775-6165 | Services | | | | $16,271.29 |
| 15 | Municipality of Caguas, P.O. Box 907, Caguas, PR 00726 | 787-744-8833 | Taxes | | | | $250,950.89 |
| 16 | Pepsi Cola PR Distributing Co, P.O. Box 2600, Toa Baja, PR 00951-2600 | 787-251-2000 | Trade Debt | | | | $143,845.87 |
| 17 | PR Logistics, P.O. Box 52251, Toa Baja, PR 00950 | 787-999-0088 | Services | | | | $42,000.00 |
| 18 | Roberto Santiago, 530 Constitution Avenue, San Juan, PR 00901 | 787-642-6492 | Services | | | | $6,422.00 |
| 19 | Treasury Department, P.O. Box 9024140, San Juan, PR 00902-4140 | 787-622-0123 | Taxes | | | | $453,855.87 |
| 20 | State Insurance Fund, P.O. Box 425, Caguas, PR 00726 | 787-653-4400 | Insurance Premiums | | | | $158,015.69 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 2

Fill in this information to identify the case and this filing:

Debtor Name __BMF, Inc.__

United States Bankruptcy Court for the: _____ For the District of __Puerto Rico__ (State)

Case number (If known): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/30/2025__    X _/s/ signature_
MM / DD / YYYY    Signature of individual signing on behalf of debtor

__Andrew Bert Foti-Tallenger__
Printed name

__CEO__
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors